UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL WALSHAW AND LEIA WALSHAW** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-12131** |
| **PIERRE FABRE DERMA COSMETIQUE USA, INC.** | **SECTION: "S" (4)** |

## ORDER AND REASONS

Before the court is the **Motion to Dismiss** filed by defendant Pierre Fabre Dermo-Cosmetique USA, Inc. Rec. Doc. 4.

The court having been informed by counsel for movant that the motion has been mooted by plaintiffs' filing of the First Amended and Supplemental Complaint (Rec. Doc. 9),

**IT IS HEREBY ORDERED** that the motion is denied as moot.

New Orleans, Louisiana, this  28th  day of August, 2019.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**